**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7563**

---

RANDY KENNON,

                                        Plaintiff - Appellant,

        versus

G. L. ROBERTS, Sergeant,

                                        Defendant - Appellee,

        and

JAMES FRENCH,

                                        Defendant.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, District
Judge.  (CA-97-184-5-F)

---

Submitted:  March 11, 1999          Decided:  March 17, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Randy Kennon, Appellant Pro Se.  Elizabeth F. Parsons, OFFICE OF
THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randy Kennon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Kennon v. Roberts</u>, No. CA-97-184-5-F (E.D.N.C. Oct. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>